**Derek A. Soinski (SBN 293747)**
**REDWOOD LAW GROUP, APC**
11440 W Bernardo Ct., Ste. 300
San Diego, California 92127
Phone:  (858) 533-1889
E-Mail: derek@redwoodlawgroup.com

Attorney for Plaintiff
KAMBIZ KOHANI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ KOHANI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TESLA MOTORS, INC., a Delaware Corporation, <br><br> Defendant. | Case No.:   3:24-cv-1102-RSH-VET <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　PLEASE TAKE NOTICE that Plaintiff KAMBIZ KOHANI and Defendant TESLA MOTORS, INC. (the "Parties") have reached a conditional settlement in the above-referenced case.  The Parties are finalizing the terms of a formal settlement and release agreement, of which the Parties expect to perform all terms within ninety (90) days.  Once the Parties have satisfied all of

1  the conditions of the settlement and release agreement, the Parties will file a
2  Joint Motion to Dismiss the Entire Action With Prejudice forthwith.
3       Respectfully Submitted,

4  Dated:  September 26, 2025       REDWOOD LAW GROUP, APC

6            By: /s/ Derek Soinski
7            Derek A. Soinski, Esq.
          Attorney for Plaintiff
8            KAMBIZ KOHANI
          E-Mail: derek@redwoodlawgroup.com

11  Dated:  September 26, 2025       THETA LAW FIRM, LLP

13            By: /s/ Mehgan Gallagher
          Soheyl Tahsildoost, Esq.
14            Mehgan Gallagher, Esq.
          Email: mg@thetafirm.com
15            Attorneys for Defendant
16            TESLA MOTORS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher, counsel for Defendant, and that I have obtained Ms. Gallagher's authorization to affix her electronic signature to this document.

Dated: September 26, 2025        REDWOOD LAW GROUP, APC

By: /s/ Derek Soinski
Derek A. Soinski, Esq.
Attorney for Plaintiff
Email: derek@redwoodlawgroup.com